**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| PHILLIP PLEDGER, BY BENITA PLEDGER, AS GUARDIAN OF HIS PERSON AND CONSERVATOR OF HIS ESTATE, | : No. 31 EAL 2019<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court |
| Respondent | : |
| | :<br>:<br>: |
| v. | :<br>:<br>: |
| | :<br>: |
| JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON AND JANSSEN RESEARCH & DEVELOPMENT, LLC, | :<br>:<br>:<br>:<br>: |
| Petitioners | : |
| PHILLIP PLEDGER, BY BENITA PLEDGER, AS GUARDIAN OF HIS PERSON AND CONSERVATOR OF HIS ESTATE, | : No. 32 EAL 2019<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court |
| Respondent | :<br>:<br>: |
| | :<br>:<br>: |
| v. | :<br>:<br>:<br>: |
| | :<br>: |
| JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON CO. AND JANSSEN RESEARCH & DEVELOPMENT, LLC, | :<br>:<br>:<br>:<br>: |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 2nd day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.